identical, but requiring that differences in the papers in the two records be so indicated that the court may have before it in this manner a printed record for each appeal. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

MORRIS H. PETIGOR v. NORMANDIE NATIONAL SECURITIES CORPORATION, Impleaded, etc.— Motion granted in so far as to dispense with printing papers that are identical, but requiring that differences in the papers in the two records be so indicated that the court may have before it in this manner a printed record for each appeal. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

MAUDE L. KAMBER v. NORMANDIE NATIONAL SECURITIES CORPORATION, Impleaded, etc.— Motion granted in so far as to dispense with printing papers that are identical, but requiring that differences in the papers in the two records be so indicated that the court may have before it in this manner a printed record for each appeal. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

ESTELLE BERGER v. NORMANDIE NATIONAL SECURITIES CORPORATION, Impleaded, etc.— Motion granted in so far as to dispense with printing papers that are identical, but requiring that differences in the papers in the two records be so indicated that the court may have before it in this manner a printed record for each appeal. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

ROGERS SILVERWARE REDEMPTION BUREAU, INC., v. ROGERS SILVER PREMIUM BUREAU, INC., and Another.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

THE SEVEN FIFTY-TWO MELROSE AVENUE AMUSEMENT CORPORATION v. SAM KAPLAN, as President of the International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators Union of the United States and Canada, Local 306, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title to Houghton Avenue. In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title to Olmstead Avenue. In the Matter of the Petition of CHARLES A. LENT and Others, etc.— Motion denied without prejudice to an application for the same relief at Special Term. (See Campbell v. Friedlander, 51 App. Div. 191.) Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

JAY CARTON, Suing, etc., and Others v. RUBEL CORPORATION and Others, Impleaded with GARDNER PATTISON and Others.— Motion granted to the extent of extending the time of the defendants, appellants, in which to answer the supplemental complaint until five days after determination by this court of appeal, and also staying the trial of the action pending said determination of the appeal. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

JAY CARTON, Suing, etc., and Others v. RUBEL CORPORATION and Others, Impleaded, etc.— Motion granted to the extent of extending the time of defendants, appellants, in which to answer the supplemental complaint until five days after determination by this court of appeal, and also staying the trial of the action pending said determination of the appeal. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.